Printed on: 01/14/2017  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016  
**Case Number: 15-28061 (ABA)**

Gerald H. Aupperle, Jr.  
509 Rowand Avenue  
Glendora, NJ  08029

Monthly Payment: $1,038.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/14/2016 | $428.00 | 05/04/2016 | $928.00 | 07/01/2016 | $2,000.00 | 09/06/2016 | $2,000.00 |
| 11/04/2016 | $1,000.00 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | GERALD H. AUPPERLE, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MARK W. FORD, ESQUIRE | 13 | $3,150.00 | $3,150.00 | $0.00 | $3,150.00 |
| 1 | ARS ACCOUNT RESOLUTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ARS ACCOUNT RESOLUTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AT & T UNIVERSAL CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AT & T WIRELESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN GENERAL FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CAVALRY SPV I, LLC | 33 | $6,060.77 | $0.00 | $6,060.77 | $0.00 |
| 9 | CITI CARDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | COLLECTION COMPANY OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COMMERCE BANK, NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | EDWARD C. GARDNER, JR. FUNERAL HOME | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | EQUABLE ASCENT FINANCIAL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | FEIN, SUCH, KAHN & SHEPARD, P.C. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PREMIER BANKCARD, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ALLY FINANCIAL | 33 | $3,814.85 | $0.00 | $3,814.85 | $0.00 |
| 17 | HOME DEPOT CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | DEPARTMENT OF THE TREASURY | 33 | $4,315.47 | $0.00 | $4,315.47 | $0.00 |
| 19 | MTAG SERVICES, LLC | 24 | $42,667.84 | $3,133.78 | $39,534.06 | $3,133.78 |
| 20 | MACYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | NEUNER AND VENTURA, LLP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | NEW CENTURY FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | PCM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PRESSLER & PRESSLER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | LVNV FUNDING, LLC | 33 | $3,375.81 | $0.00 | $3,375.81 | $0.00 |
| 26 | STATE OF NJ, C/O ATTORNEY GERNAL OF NJ | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | STRAWBRIDGES & CLOTHEIR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | AMERICAN INFOSOURCE, LP | 33 | $134.35 | $0.00 | $134.35 | $0.00 |
| 29 | WELLS FARGO BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | GERALD H. AUPPERLE JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | MARK W. FORD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | ARS ACCOUNT RESOLUTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | NEW CENTURY FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | NEW CENTURY FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | NEW CENTURY FINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | AMERICAN INFOSOURCE, LP | 33 | $124.82 | $0.00 | $124.82 | $0.00 |
| 38 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2015 | 9.00 | $0.00 |
| 07/01/2016 | Paid to Date | $3,784.00 |
| 08/01/2016 | 1.00 | $2,000.00 |
| 09/01/2016 | 49.00 | $1,038.00 |
| 10/01/2020 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,356.00 |
| Total paid to creditors this period: | $6,283.78 |
| Undistributed Funds on Hand: | $957.96 |
| Arrearages: | $3,151.00 |
| Attorney: | MARK W. FORD, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**