UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mark W. Ford, Esquire
4 1/2 Broadway, PO Box 110
Gloucester City, NJ 08030
P: 856-456-8811
F: 856-456-8558
Attorney for the Debtor

Order Filed on September 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gerald H. Aupperle Jr.

Case Number: 15-28061 ABA

Hearing Date: September 26, 2017

Judge: Andrew Altenburg

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 26, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by _____Mark W. Ford_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*