| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Law Offices of Mark W. Ford, LLC<br>4 ½ North Broadway, PO Box 110<br>Gloucester City, NJ 08030<br>856-456-8811, 856-456-8558 (Fax)<br>Attorney for the debtor | |
| In Re:<br>GERALD H. AUPPERLE, JR. | Case Number: 15-28061(ABA)<br><br>Judge: ABA<br><br>Chapter: 13 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION or CERTIFICATION OF DEFAULT ☒TRUSTEE'S MOTION TO DISMISS or CERTIFICATION OF DEFAULT**

I, Gerald H. Aupperle, Jr., am the Debtor in the above-captioned chapter 13 proceeding, and I hereby object to the Motion to Dismiss or Certification of Default filed by the Standing Chapter 13 Trustee in this matter. I certify as follows:

1. I certify that I have made an additional payment to the Trustee in October of 2017.

2. I further certify that I have also paid the quarterly taxes.

3. I further certify that I will be caught up to date on my payments and taxes by December 1, 2017..

This certification is being made in an effort to resolve the issues raised by the TRUSTEE in its motion.

I certify that the foregoing statements made by me are true and am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: October 17, 2017

/s/

GERALD H. AUPPERLE, JR.